IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PATRICK B. HENKE,

    Petitioner,                                                          Case No.  20-cv-817-jdp

    v.

REDGRANITE PRISON "ICE WARDEN,"

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Patrick B. Henke's petition for a writ of habeas corpus under 28 U.S.C. § 2254 without prejudice and dismissing this case.

/s/                                                   12/18/2020
Peter Oppeneer, Clerk of Court                      Date